**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: SALE OF DELINQUENT      : No. 303 WAL 2014
PROPERTIES EXPOSED FOR SALE    :
SEPTEMBER 17, 2012              :
                              : Petition for Allowance of Appeal from the
                              : Order of the Commonwealth Court
APPEAL OF: DAVID A. PRITTS      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 21st day of October, 2014, the Petition for Allowance of Appeal

is **DENIED**.